IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROLAND PELLETIER,**

   *Plaintiff*,

v.                                   Case No.: 1:22cv317-MW/HTC

**GAINESVILLE POLICE, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with a Court order and because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who did not pay the filing fee

---

[1] The docket reflects that the report and recommendation was returned as undeliverable on December 30, 2022. *See* ECF No. 8. This Court has independently searched for Plaintiff's address on the Florida Department of Corrections inmate locator service; however, the Florida Department of Corrections has no records under Plaintiff's name. Nonetheless, it is Plaintiff's responsibility to keep this Court apprised of his updated mailing address, which he has not done in this case.

and has not shown he is in imminent danger of serious physical injury." The Clerk shall close the file.

**SO ORDERED on January 17, 2023.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**